68 F.3d 658w
 CHEMICAL LEAMAN TANK LINES, INC.
v.
The AETNA CASUALTY AND SURETY COMPANY; and Certain
Underwriters at Lloyds, London, subscribing to Insurance
Policies Numbers WAR 6771, WAR 6772/A, C62P 10-117, L62P
10-117, 64P 3-121, L64P 3-121A, L64P 3-121B, C64P 3-121B,
C65P 5-119, C65P 5-119A, L65P 5-119A, L66P 5-119A, C67P
4-158, L67P 4-158, C68P 2-116, L68P 2-116, C68P 2-116A, C68P
2-116B, L68P 2-116A, L68P 2-116B, C71-03-03-13,
L71-03-03-13, C71-03-03-13A, C71-03-03-13B, L71-03-03-13A,
L71-03-03-13B, C74-03-18-02, 77-01-19-23, 77-01-19-23A,
C77-01-19-23B, 79-04-19-10, C80-02-19-09, C80-02-19-09B,
L80-02-09A, L80-02-19-09A, L80-02-19-09B, C83-02-19-09,
L83-02-19-09A, L83-02-19-09B, L83-02-09C
Robin Anthony Gildart Jackson, an Underwriter at Lloyds,
London, individually and in his capacity as representative
Underwriter at Lloyds, London for certain subscribing
Underwriters at Lloyds, London who subscribed to certain
liability insurance policies issued to plaintiff Chemical
Leaman Tank Lines, Inc.; Accident and Casualty Company of
Winterthur; Alba General Insurance Company Ltd.; Allianz
Cornhill International Insurance PLC, formerly Known as
Allianz International Insurance Company Ltd.; Anglo-French
Insurance Company Ltd.; Argonaut Northwest Insurance
Company; Assicurazioni Generali SPA; Baloise Fire
Insurance Company; Bellefonte Insurance Company Ltd.;
British National Life Insurance Society Ltd.; CNA
International Reinsurance Co. Ltd., formerly Known as CNA
Reinsurance of London Ltd.; Delta Lloyd Non-Life Insurance
Company; Dominion Insurance Company Ltd.; Drake Insurance
Company Ltd.; Edinburgh Insurance Company; Excess
Insurance Company Ltd.; Fidelidade Insurance Company;
Folksam International Insurance Company (U.K.) Ltd.;
Helvetia Accident Swiss Insurance Company; Indemnity Marine
Assurance Company, Ltd.; Lexington Insurance Company Ltd.;
London & Overseas Insurance Company, Ltd.; London &
Edinburgh Insurance Company, Ltd.; London & Scottish
Assurance Corporation, Ltd.; Gan Minster Insurance Company,
formerly Known as Minster Insurance Company Ltd.; National
Casualty Company; National Casualty Insurance of America,
Ltd.; New London Reinsurance Company, Ltd.; North Atlantic
Insurance Company Ltd., formerly Known as British National
Insurance Co. Ltd.; Orion Insurance Company Ltd.; Pine Top
Insurance Company Ltd.; River Thames Insurance Company
Ltd.; Scottish Lion Insurance Company; Sovereign Marine
and General Insurance Company, Ltd.; Sphere Insurance
Company Ltd.; St. Katherine Insurance Company Ltd.;
Stronghold Insurance Company Lts.; Swiss Union General
Insurance Company Ltd.; Taisho Marine & Fire Insurance
Company (Europe) Ltd., formerly Known as Taisho Marine &
Fire Insurance Company (U.K.) Ltd.; Tokio Marine & Fire
Insurance Company (U.K.) Ltd.; Turegum Insurance
Company Ltd.; Unionamerica Insurance Company; United
Standard Insurance Company Ltd.; Winterthur Swiss Insurance
Company; World Auxiliary Insurance Corporation Ltd.;
Yasuda Insurance Company (U.K.) Ltd. (hereinafter
collectively referred to as "Jackson & Companies"),
Appellants in No. 93-5777
Aetna Casualty and Surety Company ("Aetna"), Appellant in No. 93-5794.
 Nos. 93-5777, 93-5794.
 United States Court of Appeals,
Third Circuit.
 Argued Sept. 26, 1994.
Decided Oct. 12, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION